# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:22–cv–01125–SKC

| | |
|---|---|
| Kassem et al v. Pingora Loan Servicing, LLC et al | Date Filed: 05/05/2022 |
| Assigned to: Magistrate Judge S. Kato Crews | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Michael Kassem**  represented by **William Bernard Federman**
*individually and on behalf of all others*  Federman & Sherwood
*similarly situated*  10205 North Pennsylvania Avenue
 Oklahoma City, OK 73120
 405–235–1560
 Fax: 405–239–2112
 Email: wbf@federmanlaw.com
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberley Rowton**  represented by **William Bernard Federman**
*individually and on behalf of all others*  (See above for address)
*similarly situated*  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pingora Loan Servicing, LLC**

**Defendant**

**Pingora Asset Management, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2022 | 1 | COMPLAINT against Pingora Asset Management, LLC, Pingora Loan Servicing, LLC (Filing fee $ 402,Receipt Number ACODC–8443829)Attorney William Bernard Federman added to party Michael Kassem(pty:pla), Attorney William Bernard Federman added to party Kimberley Rowton(pty:pla), filed by Michael Kassem, Kimberley Rowton. (Attachments: # 1 Exhibit Kassem Notice Letter, # 2 Exhibit Rowton Notice Letter, # 3 Civil Cover Sheet Civil Cover Sheet)(Federman, William) (Entered: 05/05/2022) |
| 05/05/2022 | 2 | SUMMONS REQUEST as to Pingora Loan Servicing, LLC and Pingora Asset Management, LLC by Plaintiffs Michael Kassem, Kimberley Rowton. (Federman, William) (Entered: 05/05/2022) |
| 05/05/2022 | 3 | Case assigned to Magistrate Judge S. Kato Crews Text Only Entry. (jcharl, ) (Entered: 05/06/2022) |
| 05/06/2022 | 4 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (jcharl, ) (Entered: 05/06/2022) |

| | | |
|---|---|---|
| 05/12/2022 | 5 | Joint MOTION to Transfer Case by Plaintiffs Michael Kassem, Kimberley Rowton. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion to Transfer Venue)(Federman, William) (Entered: 05/12/2022) |
| 05/20/2022 | 6 | ORDER granting 5 Motion to Transfer Case. The Court finds good cause to GRANT the joint Motion. Accordingly, this matter is transferred to the Southern District of Florida for consolidation with the consolidated action captioned *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22–cv–20955–DPG (S.D. Fla.). The Clerk is directed to transfer the case file and close the action pending in this District. SO ORDERED by Magistrate Judge S. Kato Crews on 5–20–2022. Text Only Entry (skclc2). (Entered: 05/20/2022) |